

EXHIBIT 5