

EXHIBIT 6