

EXHIBIT 11