

EXHIBIT 12