


EXHIBIT 14